STATE OF CONNECTICUT *v.* ROBERT WARD

*Alice Osedach-Powers*, assistant public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided July 2, 2003

STATE OF CONNECTICUT *v.* DONALD MOODY

*Jeremiah Donovan*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, assistant state's attorney, in opposition.

Decided July 2, 2003

STATE OF CONNECTICUT *v.* WILLIAM B.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*Kent Drager*, senior assistant public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided July 8, 2003